Keansburg Steamboat Company, Libelant-Appellant, v. Steam Tug INVINCIBLE, Her Engines, etc.; Brooklyn Eastern District Terminal, Claimant-Appellee.

Brooklyn Eastern District Terminal, Libelant-Appellee, v. Steamship SMITHFIELD, Her Engines, etc.; Keansburg Steamboat Company, Claimant-Appellant.

(Circuit Court of Appeals, Second Circuit. May 17, 1926.)

Nos. 381, 382.

Appeals from the District Court of the United States for the Southern District of New York.

Alexander & Ash, of New York City (Peter Alexander, of New York City, of counsel), for the Smithfield.

Bigham, Englar & Jones, of New York City (L. J. Matteson, of New York City, for the Invincible.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Decrees (12 F.[2d] 959), affirmed, with costs.